United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIANRONG DU, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ASIAN PEARL FREMONT, INC., et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-04274-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 42 |

　　Mediator Stephen H. Sulmeyer has certified that the parties have settled. ECF No. 42. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

　　This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within ninety days of the date of this order.

　　**IT IS SO ORDERED**.

Dated: May 18, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge